**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida (State)

Case number (*If known*): 17-13320-RAM Chapter 7

☑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Nilhan Financial, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

______

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

26 – 2221263
EIN

**5. Debtor's address**

**Principal place of business**

17885 Collins Avenue
Number Street

Unit #4001

Sunny Isles Beach, FL 33160
City, State, ZIP Code

Miami-Dade
County

**Mailing address, if different**

5100 Peachtree Industrial Blvd.
Number Street

Suite 100
P.O. Box

Norcross, GA 30071
City, State, ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor Nilhan Financial, LLC
Name

Case number (if known) 17-13320-RAM

**6. Debtor's website** (URL) ____________________

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: ____________________

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [ ] No
- [x] Yes. Debtor Orlando Gateway Partners, LLC Relationship Former possible Affiliate, now owned by Trustee

District Middle District of FL Date filed 04/20/2015 (MM / DD / YYYY) Case number, if known 15-03448-MGW

Debtor Nilhan Hospitality, LLC Relationship Former possible Affiliate

District Middle District of FL Date filed 04/20/2015 (MM / DD / YYYY) Case number, if known 05-03447-MGW

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- [ ] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [x] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor Nilhan Financial, LLC
Name

Case number (if known) 17-13320-RAM

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Moffa & Breuer, PLLC<br>1776 N Pine Island Rd #102<br>Plantation, FL 33322 | Attorney Fees | $ 328,301.91 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ 328,301.91 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Moffa & Breuer, PLLC
Name

1776 N Pine Island Rd #102
Number Street

Plantation FL 33322
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

John A. Moffa, Managing Member
Name

1776 N Pine Island Rd #102
Number Street

Plantation FL 33322
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/21/2017
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

John A. Moffa
Printed name

Moffa & Breuer, PLLC
Firm name, if any

1776 N Pine Island Rd #102
Number Street

Plantation FL 33322
City State ZIP Code

Contact phone 954-634-4733 Email 954-337-0637

Bar number 0932760

State Florida

✗ [signature]
Signature of attorney

Date signed 03/21/2017
MM / DD / YYYY

Debtor ______________________________ Case number *(if known)* ______________________________
Name

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______________
MM / DD / YYYY

✘ ______________________________
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______________ Email ______________

Bar number ______________

State ______________

✘ ______________________________
Signature of attorney

Date signed ______________
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______________
MM / DD / YYYY

✘ ______________________________
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______________ Email ______________

Bar number ______________

State ______________

✘ ______________________________
Signature of attorney

Date signed ______________
MM / DD / YYYY