**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
NILHAN FINANCIAL, LLC

Debtor.
_____________________________/

Case No.: 8:17-bk-03597-MGW

Chapter 7

Application of Moffa & Breuer, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Involuntary Estate, pursuant to 11 U.S.C. § 503(b)(3) By Moffa & Breuer, PLLC, Petitioning Creditor for the Period from March 17, 2017 to December 15, 2017

| | |
|---|---|
| Name of Applicant: | Moffa & Breuer, PLLC |
| Services Provided to: | Involuntary Case |
| Date of Retention: | N/A |
| Period for this Application: | 3/17/17 to 12/15/17 |
| Amount of Compensation Sought: | $26,412.00 |
| Amount of Expense Reimbursement: | $1,196.33 |
| Amount of Original Retainer: -0- | Current Balance: $0.00 |
| Blended Hourly Rate this Application: $345.25 | Cumulative: 27,608.33 |

This is a final application.

**GENERAL BACKGROUND:**

Applicant's efforts in this case and the adversary proceedings it pursued directly resulted in, *inter alia*, (1) the debtor eventually agreeing to the entry of an Order for Relief while the Applicant also preserved the Estate's interest in an appeal, which is currently pending

The Applicant made it clear to the purported Debtor and the creditor pursing the purported Debtor, that absent an agreement, the Applicant would indeed file the Involuntary Petition. Although there were other pending matters in the Middle District of Florida in cases related to this purported Debtor, it seemed that the Court instructions related to the filing were only proper in the Southern District of Florida, where the Petition was filed. Afterward, the case was transferred to the Middle District of Florida, which increased the attorneys' fees herein. Only minutes prior to the final hearing on the Involuntary Petition trial, the purported Debtor agreed to the entry of an Order for Relief and sought conversion of the Chapter 7 Involuntary to a Chapter 11 case.

The applicant believes that the requested fee, of $**26,412.00** for 76.50 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

The Time and Labor Required: The time and labor are reflected on the attached Invoice. .

The Novelty and Difficulty of the Services Rendered: The questions in this case were of above-average difficulty considering the few law firms which ever become involved in an involuntary bankruptcy case, let along one where the Petitioning Creditor is a bankruptcy law firm.

The Skill Requisite to Perform the Services Properly: The skill required in this case was above that which is required for standard Chapter 7 representation of a Debtor or creditor. Typically the representation of an involuntary creditor involves questions which are more complex than representing a standard client. This case not only involved skill and determination, it required the coordination of many moving parts to preserve assets and to ensure maximum recovery.

The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case: Handling this case by Applicant did not preclude other legal employment, but initially did use many of the company's resources.

The Customary Fee: The hourly fee charged by Moffa & Breuer, PLLC is the fee charged to any other regular clients and is comparable to or below the fees charged by other firms with lawyers who have the same degree of skill and knowledge.

Whether the Fee is Fixed or Contingent: The representation of this involuntary petitioning creditor, which is already owned money and which has no paying client, just like the representation of a Trustee or Creditor Committee in a Bankruptcy case is always contingent on whether there are funds available to pay the Administrative Costs. To the extent that there were no assets available to pay Moffa & Breuer, PLLC when the representation was undertaken, the fee arrangement was contingent upon recovery although the fee was charged on an hourly basis. .

Time Limitations Imposed by the Client or Other Circumstances: No specific time limitations were imposed, but the Court sought to move the involuntary case forward quickly. trustee's interest in the real properties as soon as possible to protect the estate and its rights in real property across the country.

The Experience, Reputation, and Ability of the Professional:

John A. Moffa is the managing member of Moffa & Breuer, where his main areas of concentration are Bankruptcy and Commercial Litigation. He is a member of the Bankruptcy Bar Association of the Southern District of Florida. He is a member of the Eleventh Circuit Court of Appeals. He is a member of the Florida Bar in both the Middle District of Florida and the Southern District of Florida and is a member of the District of Columbia Court. He graduated from Nova University Law in the top 15% of his class with a J.D. degree and was hired by the United States Department of Justice, Office of the United States Trustee, through the Attorney General's Honor Program. He worked for over three and three quarter (3 3/4) years in both Tampa and Miami offices of the United States Trustee before entering private practice. At the United States Trustee's Office he practiced bankruptcy law exclusively. While with the Department of Justice, he represented the United States Trustee in over 400 Chapter 11 bankruptcy reorganizations. For four months he served as an "acting" Chapter 13 Trustee on behalf of the United States Trustee and administered over 400 Chapter 13 cases. Mr. Moffa is able to represent clients in small Chapter 7 cases to complicated Chapter 11 cases and was an adjunct Professor at Nova Southeastern University, Shepard Broad Law School for four years teaching the Bankruptcy Workshop.

He is also a member of the ABI and NACBA and is board certified in both business bankruptcy and consumer bankruptcy (one of a very limited number in Florida who have these dual certifications)

Mark Bonacquisti was a shareholder in Moffa & Bonacquisti, P.A., which is a partner in Salkin, Moffa & Bonacquisti, LLP specializing in Bankruptcy and general Commercial Law. He is a member of the Florida Bar in both the Middle District of Florida and the Southern District of Florida. He is a 1987 graduate with honors from the University of Florida, where he was a member of the Law Review and Order of the Coif. Since that time Mr. Bonacquisti has practiced continuously in the Southern District of Florida, for 12 years in Miami, and since 2000, in Fort Lauderdale.

Stephen C. Breuer is Member of Moffa & Breuer, PLLC. Stephen received his J.D. from Nova Southeastern University in 2011 and has been licensed to practice law in Florida since 2012. Stephen is admitted in the U.S. District Court for the Southern District of Florida and the Middle District of Florida. In 2010, Stephen was among the top 15% of applicants and was selected to participate in the Florida Bar Foundation's Summer Fellowship Program, where he worked at Florida's Children First and was an advocate for the rights of youth in Florida. Stephen has also worked in the area of consumer protection. Stephen focuses his practice in Chapter 7 Bankruptcy Trustee representation, Chapter 11 reorganizations, Chapter 13 plans, general business matters, and select estate planning matters.

Ann Marie Ellison (AR) worked for a workers' compensation judge from September 1996 until December 2000 and has worked at the Applicant's firm since December 2000. She has an Associate degree and a paralegal certificate from Keiser College in Fort Lauderdale, Florida. As of March 25, 2008, Ms. Ellison is registered as a Florida Registered Paralegal.

The Undesirability of the Case: This case was not undesirable. However, under the current fee review system, certain firms, like the Applicant's, are under additional scrutiny to keep or reduce fees.

The Nature and Length of the Professional Relationship of the Client: Applicant has been representing trustees for years and is often representing clients pending the recovery in a bankruptcy case. This case is no different

Awards in Similar Cases: The award requested in this case is similar to awards requested in other cases of similar facts, with similar legal issues.

**WHEREFORE, the applicant seeks a final award of fees in the amount of $26,412.00 and expenses in the amount of $1,196.33.**

Moffa & Breuer, PLLC
Attorneys for the Petitioning Creditor
1776 N Pine Island Road #102
Plantation, FL 33322
Telephone 954-634-4733
Fax 954-337-0637
Email John@Moffa.Law

By: /s/ John A. Moffa
John A. Moffa
FBN: 932760

**Certification**

1. I have been designated by Moffa & Breuer, PLLC (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I prepared the Applicant's application for compensation and reimbursement of expenses (the "Application"). The fees and expenses sought are reasonable under the circumstances of this case.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described herein, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies at 0.15 per page

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

By: */s/ John A. Moffa*
John A. Moffa

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of both the Southern District of Florida and the Middle District of Florida and that a true and correct copy of this

application, with all exhibits, was filed and served via CM/ECF this 13th day of February, 2018 to all parties who are registered to receive filings via CM/ECF.

Moffa & Breuer, PLLC
Counsel for and the actual Petitioning Creditor
1776 N Pine Island Road #102
Plantation, FL 33322
Telephone 954-634-4733
Fax 954-337-0637
Email John@Moffa.Law

By: /s/ *John A. Moffa*
John A. Moffa
FBN: 93276

MOFFA & BREUER, PLLC
1776 North Pine Island Road #102
Plantation, FL 33322
FEIN # 65-0925481

Invoice submitted to:
(NF Involuntary

February 12, 2018

Invoice #14190

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Admin Expense | | |
| 3/17/2017 | Prepare Involuntary Petition for filing | 0.50<br>500.00/hr | 250.00 |
| 3/20/2017 | Filed Petition and Corporate Ownership Statement | 0.20<br>160.00/hr | 32.00 |
| | Review various emails and state court findings to determine that no decision may be reached prior to the proposed sale, review and revise Petition for filing, research issue regarding "affiliation" and determine NF is not an affiliate of the pending Middle District Court cases, discussion with Moises re: research affiliation | 1.70<br>500.00/hr | 850.00 |
| 3/21/2017 | T/C from clerk's office. Downloaded new form and filled it out. Filed Amended Petition with Court. Served summons on registered agent via certified u.s. mail, return receipt requested. Prepared and filed COS for ECF #1 Involuntary Petition, ECF #3 Amended Petition and ECF #4 Summons. | 0.70<br>160.00/hr | 112.00 |
| | Review amended involuntary petition, email manager of putative debtor and R/A, review email on possible affiliation issue | 0.30<br>500.00/hr | 150.00 |
| 3/22/2017 | Review emergency motion to transfer venue, and exchange emails with JAM and AME re: same [.2]; re view certificate of necessity [.1]; | 0.30<br>325.00/hr | 97.50 |
| | T/C from clerk's office. Prepared Amended COS for Petition and Amended Petition and Prepared Involuntary Summons Executed. Filed both | 0.30<br>160.00/hr | 48.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/30/2017 | Review and respond to emails from small creditor, t/c with putative debtor's manager re: counsel for hearings, prepare email to Jules Cohen re: not employed by putative debtor | 0.50<br>500.00/hr | 250.00 |
| 4/3/2017 | T/C with Chuck Throckmorton and Chuck Thakkar; t/c with Vincent Alexander re: going forward on Thursday for NF and the hearing on the transfer of the case to Tampa, question regarding affiliate | 1.10<br>500.00/hr | 550.00 |
| 4/4/2017 | Email to C. Throckmorton re: vileness involved in the cases | 0.30<br>500.00/hr | 150.00 |
| 4/5/2017 | Discussion with AME re: documents and papers needed for hearing tomorrow; review vmail from C. Thakkar and phone call with same re: hearing tomorrow, and follow up on pending issues [.3]; review calendar for tomorrow, and discussion with JAM re: hearings tomorrow, disqualification issues/facts/documents; prepare for hearings tomorrow [1.6]; review docket, Claim 14, OTC, motion to DQ attorney for debtor, and prepare for hearings tomorrow [.4]; travel for hearing [4.1]; | 6.40<br>325.00/hr | 2,080.00 |
| | T/C with UST re; disqualification and other hearing for tomorrow | 0.40<br>500.00/hr | 200.00 |
| 4/6/2017 | Prepare for hearings and meeting with C. Thakkar; attend hearing on motion to transfer NF, motion to DQ trustee, and applications for compensation [4.5]; travel from hearings, and phone call with C. Thakkar re: pending issues re: valuation and allocation, hearing and deadlines [3.9]; | 8.40<br>325.00/hr | 2,730.00 |
| | Attend hearing on venue transfer; attend hearing for portion of disqualification of trustee evidentiary hearing; t/c with S. Breuer after the hearings | 0.10<br>500.00/hr | 50.00 |
| 4/10/2017 | Review emails from S. Shuker, E. McKean and C. Throckmorton, review docket and orders scheduling trials, and prepare email to C. Thakkar re: current deadlines and pending issues [.8]; | 0.80<br>325.00/hr | 260.00 |
| | Review proposed order on transfer and respond, review snippy email from Mr. Shuker to Mr. Throckmorton re: trustee and emergency | 0.20<br>500.00/hr | 100.00 |
| 4/11/2017 | Review Motion by ch. 7 Trustee (NH/OGP) for turnover of $200k in court registry, and prepare email to C. Thakkar re: same; review email from C. Thakkar re: importance of Judge Bonapfel ruling, and prepare response to same re: dismiss/abstain on Smith/OG issue, and status conference on the stay violation count importance of same [.3]; | 0.30<br>325.00/hr | 97.50 |
| | Review Answer and Motion to Dismiss or Abstain | 0.20<br>500.00/hr | 100.00 |
| 4/12/2017 | Review email from C. Townsend re: pending bank statements, financial statements, and depositions requested, review emails to C. Thakkar on same, and prepare follow up email to C. Thakkar re: deposition dates and rep needed, bank statements needed, and pending issues needing to be addressed without minor discovery fights in the Court, follow up needed [.3]; | 0.30<br>325.00/hr | 97.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/13/2017 | Review email from C. Throckmorton re: conference call requested, and review calendar; review Order setting hearing and deadlines on motion to dismiss/abstain [.2]; | 0.20<br>325.00/hr | 65.00 |
| 4/14/2017 | Review emails with C. Thakkar and prepare follow up to same re: pending issues needing resolution [.1]; phone call with C. Throckmorton re: background facts, pending issues, status and follow up [.8]; phone call with C. Throckmorton re: proposed motion to vacate Judge Mark Order, and agreement to same [.1]; | 1.00<br>325.00/hr | 325.00 |
| 4/17/2017 | Review emails from C. Thakkar and prepare responses to same re: update on all pending issues, those needing immediate attention, those coming up for trial and deadlines associated with each; research 3002(c)(3) timeliness in ch. 7 relative to Amended NF POC and possible further amendments; prepare email to C. Throckmorton re: pending NF issues, and follow up [1.7]; | 1.70<br>325.00/hr | 552.50 |
| 4/21/2017 | Review email from S. Shuker, review docket and NOI to issue subpoena and attached subpoena, and FRCP 45 [.2]; review emails from JAM and S. Shuker; review Fla. Stat. and prepare response to same re: payoff issues, holder of note and payoff of judgment, creditor issues [.7]; review email from C. Throckmorton and prepare response to same re: deadlines, plan for NF, and follow up [.1]; | 1.00<br>325.00/hr | 325.00 |
| | Emails with Mr. Shuker regarding depo and subpoena, review whether subpoenas was issued and served upon MBP | 1.10<br>500.00/hr | 550.00 |
| 5/1/2017 | Review transferred docket entries, and motion to extend time to respond [.1]; review emails from D. Vasquez and JAM re: privilege log and claim of privilege, review MD guidelines in case law, SD LR, FLMB LR and FLMD LR, review Orange County Judicial Discovery Guidelines; review docket and Subpoena at issue, review emails in file and prepare privilege log for communications in office (RFP 1); prepare email to D. Vasquez re: same and production in advance of deadline [1.9]; review engagement letters in file and prepare privilege log for engagement letters (RFP 2) [.4]; | 2.40<br>325.00/hr | 780.00 |
| 5/2/2017 | Set Stephen up for CourtCall for Thursday's hearings | 0.30<br>160.00/hr | 48.00 |
| | Review calendar for Thursday and docket for three cases, and prepare email to AME and JAM re: Court Solutions, and items set for hearing [.2]; | 0.20<br>325.00/hr | 65.00 |
| 5/3/2017 | Phone call with C. Thakkar re: GG/SEG payoff figures, and documents related to same; review files; prepare email to same and C. Throckmorton re: efforts to obtain same and attach documents [.7]; | 0.70<br>325.00/hr | 227.50 |
| 5/4/2017 | Attend preliminary hearing on motion to abstain/dismiss, and answer to involuntary petition; discussion with JAM re: same [1.3]; | 1.30<br>325.00/hr | 422.50 |
| 5/9/2017 | Reviewed proposed order on evidentiary hearing and respond and t/c with Vincent Alexander | 0.10<br>500.00/hr | 50.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2017 | Review discovery served upon GG, SEG and Greenspoon Marder [.2]; | 0.20<br>325.00/hr | 65.00 |
| 6/13/2017 | Discussion with JAM re: 6/27 trial, exhibits needed and likely testimony, witnesses and burdens of proof etc. [.9]; review trial order, Local Rules, Judge Williamson procedures and relative admin order on exhibits, and prepare email to AME re: calendaring of deadline for same; prepare exhibit register and cover pages in compliance with LR etc.; review engagement letters in file, and discovery from NF, prepare composite exhibit 1 for filing; prepare email to JAM re: service of subpoena; prepare trial subpoena for JAM for 6/27 trial; review emails related to latter engagements [1.8]; research guarantee issues incorporated into, material to, and related to principal indebtedness, any notice or other requirements for same [1.1]; review email from JAM re: acceptance of service, prepare same for subpoena issuance, and prepare service email to same with request for confirmation of same [.1]; | 3.90<br>325.00/hr | 1,267.50 |
| | Discussion with SB re: upcoming evidentiary hearing and burden of proof, witnesses etc | 0.70<br>500.00/hr | 350.00 |
| 6/14/2017 | Review emails from C. Townsend, and attached Rog responses and RFP responses from GG and SEG [.2]; | 0.20<br>325.00/hr | 65.00 |
| 6/15/2017 | Filed & served Petitioning Creditor Moffa & Breuer, PLLC's Consolidated Response to Nilhan Financial, LLC's (i) Answer to Involuntary Petition and (II) Motion for Abstention | 0.20<br>160.00/hr | 32.00 |
| | Review Answer and MTD/A, prepare consolidated response to Answer and MTD/A, research 303b2 and eligibility, review and revise same, discussion with JAM and prepare same for filing [1.9]; | 1.90<br>325.00/hr | 617.50 |
| 6/19/2017 | Review Response by SEG/GG and Greenspoon to Answer and MTD, and exhibits attached thereto [.5]; | 0.50<br>325.00/hr | 162.50 |
| | Prepared NOH for 6/27/17 Answer | 0.20<br>160.00/hr | 32.00 |
| 6/20/2017 | Review and redact all privileged time entries revealing potential strategies and/or work product for trial exhibits due today [2.1]; discussion with AME re: same; review and revise exhibits and cover sheets, and prepare email to AME re: same for filing [.8]; review proposed exhibits filed by GG, SEG and Greenspoon; prepare email to C. Thakkar re: service of M&B's exhibits and copy of GG/SEG/Greenspoon as well [.4]; review email from JAM to S. Shuker and S. Kapila re: order for relief, appointment of Tee etc. [.1]; | 3.40<br>325.00/hr | 1,105.00 |
| | Filed Exhibit List and Proposed Exhibits 1 and 2 for 6/27/2017 hearing, t/c with help desk re: NOH for 6/27/17 (filing issues), filed and served NOH | 0.30<br>160.00/hr | 48.00 |
| | Review exhibits filed by SEG/GG, prepare email to Scott Shuker re: hearing | 0.50<br>500.00/hr | 250.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/22/2017 | Preparation of hearing notebooks for Tuesday | 0.50<br>160.00/hr | 80.00 |
| | Review pro hac vice motion and motion to continue hearing, review order on pro hac vice motion, emails with Scott Shuker, review email from Mike Robl and respond, discuss objection with S. Breuer, respond to emails regarding moving to a date before 7/7/17 | 0.50<br>500.00/hr | 250.00 |
| 6/23/2017 | Review emails between JAM and S. Shuker, and review emergency motion to continue filed by NF, and related certificate of necessity [.1]; review response in opposition filed by GG/SEG/GM, and prepare email to JAM re: same, thoughts on position and paper to file (or not), follow up [.2]; discussion with JAM, and prepare Response in Opposition to Motion to Continue; review and revise same; review additional emails b/w JAM, S. Shuker and M. Robl [.9]; discussion with JAM re: case issues, trial and continuance issues, and trial next week [.5]; | 0.10<br>325.00/hr | 32.50 |
| | Prepared exhibit registers for 6/27/17 hearing | 1.50<br>60.00/hr | 90.00 |
| | Preparation of hearing notebooks for Tuesday | 0.50<br>160.00/hr | 80.00 |
| 6/28/2017 | Review NOU by M. Robl, and review emails between S. Shuker and same re: 7/10 and evidence issues [.1]; | 0.10<br>325.00/hr | 32.50 |
| 7/5/2017 | Review email from S. Shuker re: upcoming trial, discovery, asserted violations of same and rules, and follow up requested [.1]; | 0.10<br>325.00/hr | 32.50 |
| 7/6/2017 | Review motion in limine filed by S. Shuker; exchange emails with JAM re: service of subpoena, and prepare new subpoena for rescheduled trial date [.3]; | 0.30<br>325.00/hr | 97.50 |
| 7/7/2017 | t/c with attorney for NF | 0.30<br>500.00/hr | 150.00 |
| 7/9/2017 | Travel to Tampa for trial on involuntary petition, and review exhibits, petition and responsive papers and pleadings, and otherwise prepare for trial [3.7]; | 3.70<br>325.00/hr | 1,202.50 |
| 7/10/2017 | Attend trial on involuntary petition (consent, and converted; no evidence needed); return travel and discussion with JAM re: case [8.5]; | 8.50<br>325.00/hr | 2,762.50 |
| | Prepare for and travel to case removed from the SD Fla, attend hearing and return 11.50-3.5 N/C | 8.00<br>500.00/hr | 4,000.00 |
| 7/18/2017 | Review email from DW re: COS, review docket and related appeal dockets, and discussion with JAM re: appeal, issues, facts and audio needed [.8]; | 0.80<br>325.00/hr | 260.00 |
| 7/20/2017 | review calendar, and FRBP 8009 and LR 8009-1, phone call with S. Moser re: transcript request, review docket and pro memos, and prepare LF transcript requests, attach pro memos, and prepare email to S. Moser re: same; prepare notice of designation of issues and items to be included on | 2.20<br>325.00/hr | 715.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | the record; prepare email to M. Robl re: 15-98, and 7/31 hearing, withdraw/substitution and follow up [2.2]; | | |
| 7/21/2017 | Prepare corrected Appellant designation and transcript order [.1] | 0.10<br>325.00/hr | 32.50 |
| 11/13/2017 | Started preparation of fee application for M&B | 2.50<br>160.00/hr | 400.00 |
| | Reviewed timeslip entries and prepared narrative for fee application | 1.00<br>325.00/hr | 325.00 |
| | SUBTOTAL: | [ 75.70 | 26,152.00] |
| | Appeal | | |
| 11/13/2017 | Review calendar and emails, and prepare emails to E. McKean re: no objection to being excused, and request for position on brief deadline, and prepare email to S. Shuker re: position on brief deadline extension, and follow up [.2]; | 0.20<br>325.00/hr | 65.00 |
| | SUBTOTAL: | [ 0.20 | 65.00] |
| | Case Administra | | |
| 12/15/2017 | Phone call to M. Robl re: result of hearing (vmail), and prepare email to same re: hearing outcome, proposed Order, and briefing schedule [.1]; review email from UST, and prepare explanatory email to D. Menchise re: appeal, deadline, issues, and discussion if necessary [.5]; | 0.60<br>325.00/hr | 195.00 |
| | SUBTOTAL: | [ 0.60 | 195.00] |
| | For professional services rendered | 76.50 | $26,412.00 |
| | Additional Charges : | | |
| | $copy | | |
| 3/20/2017 | copies | | 2.70 |
| 5/1/2017 | copies | | 60.00 |
| 6/13/2017 | copies | | 14.10 |
| | copies | | 14.10 |
| 6/14/2017 | copies | | 0.90 |

| | | Amount |
|---|---|---|
| 6/15/2017 | copies | 0.75 |
| 6/22/2017 | copies | 1.80 |
| | SUBTOTAL: | [ 94.35] |
| | $Filing Fees | |
| 3/20/2017 | Involuntary Petition-Clerk's Filing Fee | 335.00 |
| | SUBTOTAL: | [ 335.00] |
| | $Meals | |
| 7/10/2017 | Breakfast | 21.87 |
| | SUBTOTAL: | [ 21.87] |
| | $Miscellaneous | |
| 4/6/2017 | Embassy Suites 4/5/17-4/6/17 | 250.76 |
| 7/10/2017 | Hotel accomodations (Floridan Palace)$206.97<br>Uber $11.73<br>Spirit Airlines $148.99<br>Uber $11.37<br>Uber $32.34<br>Budget Rent-A Car $41.82<br>Marathon $16.95 | 470.17 |
| | SUBTOTAL: | [ 720.93] |
| | $parking | |
| 7/10/2017 | Parking-Ft. Lauderdale Airport | 15.00 |
| | SUBTOTAL: | [ 15.00] |
| | $postage | |
| 3/8/2017 | Postage | 0.46 |
| 3/20/2017 | Postage | 7.34 |
| 6/15/2017 | Postage | 0.46 |

| | | Amount |
|---|---|---|
| 6/22/2017 | Postage | 0.92 |
| | SUBTOTAL: | [ 9.18] |
| | Total costs | $1,196.33 |
| | Total amount of this bill | $27,608.33 |
| | Balance due | $27,608.33 |